**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**22-cv-08217-WHO**     **Mitra v. Sequoia Benefits and Insurance Services, LLC**

**22-cv-08966-SK**       **Enger v. Sequoia Benefits and Insurance**

**22-cv-08978-DMR**    **Cottrell v. Sequoia Benefits & Insurance Services LLC**

**I find that the above cases are related to the case assigned to me.** WHO

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED**.

Dated: December 29, 2022



WILLIAM H. ORRICK
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I provided a copy of this order to each judicial officer and to each counsel of record or *pro se* party in the cases listed above.

|   |   |
|---|---|
| | Mark B. Busby**, Clerk** |
| **DATED:** _____ | By: *[signature: Jean M. Davis]*<br>**Deputy Clerk** |